# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ANDREW LACOMBE, ET AL.**
*Plaintiff*

v.

**ANYTIME FITNESS, LLC, ET AL.**
*Defendant*

Civil Action No.:
**1:15–CV–13587–WGY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frammy ATF, LLC
3 Thomas Lane
Hope Valley, RI 02832

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Moriarty Law Firm
34 Mulberry st.
Springfield, MA 01105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Antonia Alves–Baptista**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

**ISSUED ON 2015–10–20 11:52:09.0**, Clerk USDC DMA

COMMONWEALTH OF MASSACHUSETTS
**WORCESTER COUNTY SHERIFF**
CIVIL PROCESS DIVISION INC

PLEASE REMIT TO: **PO BOX 1066 Worcester, MA 01613-1066**

Lewis G. Evangelidis
Sheriff

Lynn Trudel
Chief Deputy Sheriff

civilprocess.com

**Invoice For Service: SUMMONS AND COMPLAINT**

DANIEL W. SHANNON, ESQ.
MORIARTY LAW FIRM INC
34 MULBERRY STREET
SPRINGFIELD MA 01105

Balance: $ 0.00
Invoice Number: 15025078
Invoice Date: 11/17/2015

413-654-1077 Ref:

RETURN UPPER PORTION OF INVOICE WITH PAYMENT WITHIN 30 DAYS!!!!!!
ANDREW LACOMBE ET AL VS FRAMMY ATF, LLC
Docket Number: 1:15-CV-13587-WGY

Original Sent to Court

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| FRAMMY ATF, LLC | 11/17/2015 | 9:00 am | Fontaine |
| NOT LOCATED AT ADDRESS GIVEN | | | |

THIS IS A THREE DECKER HOUSE WHICH IS EMPTY

| FEES | AMOUNT |
|---|---|
| Office Expense | 15.00 |
| **Total Cost** | **15.00** |

| PAYMENTS | | AMOUNT |
|---|---|---|
| 11/16/2015 | Check # 4370 | 52.66 |
| **Total Payments** | | **52.66** |

| **Total - Invoice Number 15025078** | **Balance Due:** | **$0.00** |
|---|---|---|

**Refund of $37.66 will be mailed separately.**

**Invoice For Service: SUMMONS AND COMPLAINT**

Contact Amy
from
our
office